1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA A. WILLARD,<br><br>        Plaintiff,<br><br>    v.<br><br>J. NEIBERT, et al.,<br><br>        Defendants. | Case No.: 1:14-cv-01951-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER<br><br>[ECF Nos. 3, 10] |

    Plaintiff Joshua A. Willard is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On February 20, 2015, the Magistrate Judge issued Findings and Recommendations recommending denial Plaintiff's motion for a temporary restraining order. (ECF No. 10.) The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed within thirty days. Plaintiff filed objections on March 4, 2015.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. In his objections, to the extent Plaintiff complains of verbal threats by a certain defendant that is insufficient not sufficient to state a cognizable section 1983 claim. Mere verbal harassment or abuse does not violate the Constitution and, thus, does not give rise to a claim for relief under 42 U.S.C. § 1983. Oltarzewski v.

Ruggiero, 830 F.3d 136, 139 (9th Cir. 1987).  Threats do not rise to the level of a constitutional violation.  Gaut v. Sunn, 810 F.2d 923, 925 (9th Cir. 1987).

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on February 20, 2015, is adopted in full; and
2. Plaintiff's motion for a temporary restraining order is DENIED.

IT IS SO ORDERED.

Dated:   March 11, 2015                                  _____
                                                         SENIOR  DISTRICT  JUDGE