# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA A. WILLARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. NEIBERT, et al.,<br><br>　　　　　Defendants. | Case No.: 1:14-cv-01951-AWI-SAB (PC)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO VACATE PURSUANT TO ORDER BY THE NINTH CIRCUIT COURT OF APPEALS<br><br>[ECF No. 20] |

　　　　Plaintiff Joshua A. Willard is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On March 11, 2015, the Court denied Plaintiff's request for a temporary restraining order. (ECF No. 13.)

　　　　On April 22, 2015, the Court denied Plaintiff's motion for reconsideration of the Court's March 11, 2015, order. (ECF No. 17.)

　　　　 On May 11, 2015, Plaintiff filed a motion to vacate the April 22, 2015, order, along with a notice of appeal to the United States Court of Appeals for the Ninth Circuit. (ECF Nos. 20, 21.) Plaintiff's May 11, 2015, motion is addressed Chief Justice Thomas of the United States Court of Appeals.

　　　　On June 11, 2015, the Ninth Circuit Court of Appeals denied Plaintiff's motion for emergency relief. (ECF No. 24.)

1

In as much as Plaintiff's appeal of the Court's April 22, 2015, was denied on June 11, 2015, Plaintiff's motion to vacate said order is DENIED as MOOT.

IT IS SO ORDERED.

Dated:   June 23, 2015

SENIOR DISTRICT JUDGE