# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA A. WILLARD,<br><br>    Plaintiff,<br><br>    v.<br><br>J. NEIBERT, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-01951-AWI-SAB (PC)<br><br>ORDER DISMISSING DEFENDANT WESTPHAL PURSUANT TO PARTIES' STIPULATION<br><br>[ECF No. 30] |

      Plaintiff Joshua A. Willard is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

      On August 21, 2015, the parties filed a stipulation for voluntary dismissal of Defendant Westphal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

      Pursuant to the parties' stipulation, Defendant Westphal is DISMISSED with prejudice.

IT IS SO ORDERED.

Dated:   August 25, 2015                   _____
                                                      SENIOR  DISTRICT  JUDGE

1