# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA A. WILLARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. NEIBERT, et al.,<br><br>　　　　Defendants. | Case No.: 1:14-cv-1951-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S SURREPLY, AND DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>[ECF Nos. 37, 43, 44] |

　　　Plaintiff Joshua A. Willard is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On July 5, 2016, Defendants filed a motion for summary judgment.

　　　The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On December 1, 2016, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and contained notice that objections were to be filed within thirty days.  Over thirty days have passed, and no objections were filed.

　　　In accordance with the provisions of 28 U.S.C. § 636(b), the Court has reviewed the matter. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

　　　Accordingly, IT IS HEREBY ORDERED that:

1.　The Findings and Recommendations, filed on December 1, 2016 (Doc. 44), are adopted in full;

2.　Defendants' motion to strike Plaintiff's surreply (Doc. 43) is granted;

3.　Defendants' motion for summary judgment is denied (Doc. 37); and

4.　The matter is referred back to the assigned Magistrate Judge for trial scheduling.

IT IS SO ORDERED.

Dated:　February 8, 2017　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE