# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA A. WILLARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. NEIBERT, et al.,<br><br>　　　　　Defendants. | Case No.: 1:14-cv-01951-AWI-SAB (PC)<br><br>ORDER VACATING ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE JOSHUA A. WILLARD, CDCR #AL-2832<br><br>[ECF No. 51] |

　　　　Plaintiff Joshua A. Willard is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　In light of defense counsel's representation that his case has settled, the settlement conference set for April 5, 2017, before United States Magistrate Judge Jennifer L. Thurston was vacated. Accordingly, the order and writ of habeas corpus ad testificandum to transport Plaintiff Joshua A. Willard to the United States District Court in Bakersfield, California on April 5, 2017, is HEREBY VACATED.

IT IS SO ORDERED.

Dated:   **March 30, 2017**

　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1